1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASEY JOHN NORATO,

Plaintiff,

v.

ZUCKERBERG SAN FRANCISCO
GENERAL HOSPITAL,

Defendant.

Case No. 24-cv-03408-RS

**ORDER DIRECTING SERVICE**

Plaintiff alleges he was being transported in a private vehicle to an emergency room because he was bleeding profusely from a gunshot wound. The driver ran a red light, resulting in a two-car accident. Plaintiff was transported unconscious to the emergency department of defendant Zuckerberg San Francisco General Hospital. Plaintiff contends that when he regained consciousness one or two days later, he learned his injuries from the accident had been treated, but that his gunshot had not been addressed.

Plaintiff has previously been granted leave to proceed *in forma pauperis*. See Dkt. No. 10. His Second Amended Complaint is adequate to warrant service as to defendant Zuckerberg San Francisco General Hospital. A determination as to whether the complaint presents adequate allegations against the named individual doctor will be held in abeyance. The allegations against various "Doe" individual defendants do not support an order for service at this juncture. The Clerk of Court shall issue summons as to Zuckerberg San Francisco General Hospital. Further, the U.S. Marshal or the Clerk's Office for the Northern District of California serve, without prepayment of

fees, a copy of the complaint, any amendments, attachments, scheduling orders and other documents specified by the Clerk, plaintiff's affidavit and this order upon Zuckerberg San Francisco General Hospital.

**IT IS SO ORDERED**.

Dated: August 19, 2025

_____
RICHARD SEEBORG
Chief United States District Judge