UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASEY JOHN NORATO,

        Plaintiff,

        v.

ZUCKERBERG SAN FRANCISCO GENERAL HOSPITAL,

        Defendant.

Case No. 24-cv-03408-RS

**ORDER DISMISSING ACTION**

By order entered on January 22, 2026, Dkt. No. 28, pro se plaintiff Casey John Norato's complaint was dismissed, with leave to amend. Norato was advised that if he filed no amended complaint by February 26, 2026, the action would be dismissed, without prejudice to any claims he might have under state law that could be pursued in state court. That deadline having expired, and Norato having filed no amended complaint or other response, this action is dismissed, without prejudice to any rights Norato may have to pursue state law claims in state court.

**IT IS SO ORDERED**.

Dated: March 3, 2026

_____
RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California